IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01860-BNB

ANDREW S. FASTOW,

    Petitioner,

v.

RON WILEY, Warden, Federal Prison Camp at Florence, Colorado,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 0 2009

GREGORY C. LANGHAM
CLERK

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED August 10, 2009, at Denver, Colorado.

                                    BY THE COURT:

                                    s/ Boyd N. Boland
                                    United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01860-BNB

Norman R. Mueller
Attorney at Law
**DELIVERED ELECTRONICALLY**

      I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/10/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk