IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-1860-REB-KLM

ANDREW FASTOW,

    Petitioner,

v.

RON WILEY, Warden, Federal Prison Camp of Florence, Colorado,

    Respondent.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Respondent's Motion for Leave to File a Surreply to the Traverse** [Docket No. 28; Filed October 8, 2009] (the "Motion").  Petitioner has filed an opposition to the Motion [Docket No. 30].

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  No further briefing will be permitted.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall accept for filing Respondent's Surreply to the Petition for a Writ of Habeas Corpus [Docket No. 28-2] as of this date.

Dated:  October 13, 2009