IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-1860-REB-KLM

ANDREW FASTOW,

    Petitioner,

v.

RON WILEY, Warden, Federal Prison Camp of Florence, Colorado,

    Respondent.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Petitioner's Motion for Leave to File a Supplemental Traverse** [Docket No. 34; Filed November 11, 2009] (the "Motion"). Respondent does not oppose the Motion.

    The parties were advised previously that no further briefing will be permitted in this matter [Docket No. 31].  However, the factual information provided by Petitioner in the Motion could be of assistance to the Court's disposition of this matter.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Court accepts [Docket No. 34-2] and [Docket No. 34-3] for filing as of the date of this Order.  Any future motions that concern briefing will be summarily denied.


Dated:  November 12, 2009