IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 09-cv-01860-REB-KLM

ANDREW S. FASTOW,

    Petitioner,

v.

RON WILEY, Warden, Federal Prison Camp at Florence, Colorado,

    Respondent.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulated Dismissal** [#46] filed May 5, 2010. The court construes this pleading as a stipulation for dismissal. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Dismissal** [#46] filed May 5, 2010, is **APPROVED**;

2. That any pending motion or recommendation is **DENIED** as moot; and

3. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated May 6, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge